JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDDIE YOUNG IN WOO<br><br>PLAINTIFF<br><br>v.<br><br>MERCEDES-BENZ USA, LLC<br><br>DEFENDANT | CASE NUMBER:<br><br>CV 26-5377 FMO (ASx)<br><br>**JUDGMENT** |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on October 27, 2026 as docket number 17 (the "Offer of Judgment"), judgment is hereby entered for

Eddie Young in Woo

and against

Mercedes-Benz USA, LLC

according to the terms set forth in the Offer of Judgment.

Date: November 3, 2026

By: /s/ Fernando M. Olguin
United States District Judge